UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                               Case No. 25-30712
                                                 Originating No. 25CR154

**LESCIA NICOLLETTE WATKINS**

       Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LESCIA NICOLLETTE WATKINS** to answer charges pending in another federal district, and states:

    1.  On **November 20, 2025**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on an Indictment**. **The defendant is charged in that district with violating 21 U.S.C. Sections 846 and 841(a)(1) and 18 U.S.C. Section 2 – Conspiracy to Distribute Methamphetamine and Fentanyl and Aiding and Abetting the Distribution of Methamphetamine.**

    2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                                Respectfully submitted,

                                                JEROME F. GORGON, JR.
                                                United States Attorney

                                                *s/ Stephen Carr*
                                                STEPHEN CARR
                                                Assistant U.S. Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                (313) 226-9100

Dated: November 20, 2025